UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KIMBERLY EDWARDS,**

    Plaintiff,

v.                                                          Case No. 04-72683
                                                                        Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

       This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 30, 2005.  There have been no objections filed.

       The Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

       ACCORDINGLY:

       IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 30, 2005, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that this matter is remanded to the Administrative Law Judge to make the determinations provided for in Magistrate Judge Steven D. Pepe's Report and Recommendation.

       IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied.


    August 5, 2005                                              s/Bernard A. Friedman
        Detroit, Michigan                                   BERNARD A. FRIEDMAN
                                                                   CHIEF JUDGE

**I hereby certify that a copy of the foregoing document**
was served this date upon counsel of record
electronically and/or via first-class mail.


      /s/ Patricia Foster Hommel
       **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**